UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEAH WALLACE, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUVANCE HEALTH and HEALTH QUEST SYSTEMS, INC.,<br><br>Defendants. | Case No.: 7:20-CV-00545-(VB) |

| | |
|---|---|
| STEPHEN GYSCEK, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUVANCE HEALTH and HEALTH QUEST SYSTEMS, INC. d/b/a "HEALTH QUEST",<br><br>Defendants. | Case No.: 7:20-CV-02719-(VB) |

| | |
|---|---|
| ALEXYS WILLIAMSON, NICOLE DIGILIO and CHUNG SUK CRISPELL, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>NUVANCE HEALTH and HEALTH QUEST SYSTEMS, INC. d/b/a "HEALTH QUEST",<br><br>   Defendants. | Case No.: No. 7:20-CV-01793-(VB) |

## ORDER

1. Pursuant to Fed. R. Civ. P. 42, the *Wallace*, *Gyscek* and *Williamson* Actions are consolidated for all purposes. The lead case shall be the *Wallace* Action. The *Gyscek* and *Williamson* Actions will be administratively closed.

2. Plaintiffs shall file their Consolidated Amended Complaint, which shall include the Plaintiffs from the *Wallace*, *Gyscek* and *Williamson* Actions, and which shall not include Nuvance Health as a defendant, on or before May 27, 2020, or within 10 days after the entry of the Court's Order granting this Stipulation, whichever comes later.

3. Health Quest Systems, Inc. shall file an answer or response to the Consolidated Amended Complaint on June 26, 2020, or 30 days after Plaintiffs file their Consolidated Amended Complaint, whichever comes later.

IT IS SO ORDERED.

4. In the interest of efficient case management, the Court will terminate the pending motion in the Wallace action, 20 CV 545. (Doc. #17).

The Clerk is instructed to terminate the motion (Doc. #17) and terminate Nuvance Health from the docket.

Dated: May 13, 2020

_____
The Honorable Vincent L. Briccetti
United States District Judge